UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Burak C. Bingollu, on behalf of himself and all others similarly situated, | No. 0:22-cv-00077-DTS |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| One Source Technology, LLC, d/b/a Asurint, | |
| Defendant. | |

_____

Plaintiff Burak C. Bingollu ("Plaintiff" or the "Class Representative"), individually and on behalf of the proposed Settlement Class, respectfully moves the Court for preliminary approval of a proposed settlement with Defendant One Source Technology, LLC, d/b/a Asurint ("Defendant"). The Class Representative respectfully requests the Court: (1) preliminarily approve the proposed settlement, (2) certify the Settlement Class for settlement purposes, (3) direct notice to be distributed to the Class, and (4) schedule a final fairness hearing. Defendant does not oppose the relief sought in this Motion.

BERGER MONTAGUE PC

Date: March 1, 2024

/s/John G. Albanese
John G. Albanese, Bar No. 0395882
E. Michelle Drake, Bar No. 0387366
Ariana Kiener, Bar No. 0402365
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470

1

jalbanese@bm.net
emdrake@bm.net
akiener@bm.net

*Attorneys for Plaintiff*