UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Burak Bingollu, on behalf of himself And all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>One Source Technology, LLC d/b/a Asurint.<br><br>　　　　Defendant. | Case No. 22-CV-77-DTS<br><br>**DECLARATION OF JEFFREY PIRRUNG, AMERICAN LEGAL CLAIM SERVICES, LLC REGARDING QUALIFICATIONS AND EXECUTION OF NOTICE PLAN** |

I, Jeffrey Pirrung, declare as follows:

1. I am a competent adult, over the age of twenty-one, and this declaration is based on my personal knowledge.

2. I am an employee of American Legal Claim Services, LLC ("ALCS"). ALCS is a class action settlement administrator that has administered over 700 cases in the past 10 years with class sizes ranging into the millions of class members. ALCS has acted as a settlement administrator in many consumer cases similar to this one. These cases include, but are not limited to Fair Credit Reporting Act (FCRA), Telephone Consumer Protection Act (TCPA), Employee Retirement Income Security Act of 1974 (ERISA), Fair Debt Collection Practices Act (FDCPA), The Worker Adjustment and Retraining Notification (WARN) Act, questions of various state laws relating to interest rates on consumer loans and repossession, etc.

3.  ALCS has administered more than 50 FCRA settlements. These cases ranged in size from less than 100 to more than several hundred thousand class members. A representative list of cases follows:

- *Bobby Lee Miles, Jr et. al. v Onin Staffing, LLC*, Case No.: 3:21-cv-0275 (M.D. Tenn.)

- *Brown v Lowe's Companies, Inc.*, Case No. 5:13-cv-00079-RLV-DCK, (W.D.N.C.)

- *Kelly v Brooklyn Events Center, LLC*, Case No. 1:17-cv-4600 (E.D.N.Y.)

- *Sanders v. Kaiser Foundation, et al.;* Case No. CGC-21-594659 (Cal. Sup. Ct., San. Fran. County)

- *Hargrett v Amazon,* Case No. 8:15-cv-02456-RAL-AAS, United States District Court (M.D. Fla.)

- *Marcum v Dolgen dba Dollar General Corp*, Case No. 3:12-cv-108, United States District Court (E.D. Va.)

4.  **Class List Receipt and Processing:** ALCS has security protocols in place to protect the class data. ALCS shall limit access to class data to its personnel and vendors who have a need to know the class data as a condition to ALCS's administration of the settlement . ALCS will use this data solely for sending notice and managing the settlement administration.  ALCS will receive the Class List, review it and remove duplicate individuals for noticing purposes.  ALCS will cleanse the email records to remove problematic email addresses that may negatively impact the email notice campaign. ALCS will also process all physical mailing addresses against the National Change of Address (NCOA) database prior to mailing, to attempt to update and use the most recent mailing address for the class members.

5. **Providing Notice:** ALCS will provide notice of the settlement via email and via US Mail, First-Class. In addition, a long-form notice will be made available to class members on a settlement website that will make other important documents, important dates, etc. available to class members. The notice will inform class members of their rights, including a 75-day claim filing deadline, procedures for opting out of the settlement and how to object to the settlement. Additionally, at least 21 days before the Claims Deadline, ALCS will send a reminder to file claim notice to each class member who is required to file a claim, who has not filed a claim by that time.

6. **Administration Cost:** ALCS estimates the cost for administration will be $152,754 if the assumptions provided with the proposal are accurate (assumptions include a claim filing rate of 10%, 75% of claims filed will be filed through the settlement website, etc.). This total includes importing the data, email cleansing, formatting the email and mail notice, mailing the notice via USPS and email to an estimated 60,000 class members, processing claims, postage, processing undelivered mail, skiptracing, notice remails, setting up and maintaining the website, and paying class members via check or digital means such as PayPal, Venmo and electronic Mastercard.

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge.

Executed on February 28, 2024
Jacksonville, Florida.

_____
Jeffrey Pirrung