# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| BURAK C. BINGOLLU, on behalf of himself and all No. others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br><br>ONE SOUCE TECHNOLOGY, LLC d/b/a ASURINT,<br>   Defendant. | Case No. 0:22-cv-00077- DTS<br><br>U.S. MAGISTRATE JUDGE DAVID T. SCHULTZ |

## DECLARATION OF AMERICAN LEGAL CLAIM SERVICES, LLC REGARDING DUE DILIGENCE IN NOTICING

I, Demetrius Jenkins, declare as follows:

1. I am a competent adult, over the age of eighteen, and this declaration is based on my personal knowledge.

2. I am a Case Manager for American Legal Claim Services, LLC ("ALCS"). ALCS was selected to serve as the Settlement Administrator and to otherwise comply with the provisions set forth in the Preliminary Approval Order and the Class Action Settlement Agreement and Release. I was responsible for overseeing the dissemination of the Class Notice ("Notice") to class members, exclusion and objection processing, CAFA Notice mailing and all other matters required as Settlement Administrator.

3. **CAFA Notice Mailing**: On March 11, 2024, I was responsible for overseeing the dissemination of the CAFA Notice letter (attached hereto as Exhibit A) and a CD with copies of the following documents:

    a. Class Action Complaint and Demand for Jury Trial
    b. First Amended Complaint
    c. Stipulation of Dismissal with Prejudice as to Plaintiff Sharon Wright
    d. Plaintiffs Unopposed Motion For Preliminary Approval of Class Action Settlement
    e. Settlement Agreement w Notices Claim Forms and Proposed Order exhibits

4. **Class List Receipt and Processing:**  On April 18, 2024, ALCS received the mailing list ("Class List") from counsel for the Defendant containing 60,453 records with the names, street addresses, TINs (full or partial) and DOBs. ALCS removed 48 duplicates identified based on a combination of name and address resulting in the final Class List of 60,405 class members. On April 24, 2024, ALCS received a list of email addresses for 38,053 of the existing class members.  After validation and correction, 34,274 distinct emails were found to be deliverable.  On May 8, 2024, 87 additional Class Member records with the names, street addresses, and email addresses for Class Members requiring no Claim were received. Throughout the noticing process, ALCS utilized several means of ensuring the most accurate mailing addresses for class members. These methods included National Change of Address through the USPS, skip-tracing, and manual updates from class members.

5. **Initial Class Notice:** On May 14, 2024, ALCS mailed the Class Notice – Claim Required, substantially in the form approved by the Court (attached hereto as Exhibit B), to 60,405 class members with street addresses, and also emailed the Class Notice to 34,274 class members with email addresses. Also on May 14, 2024, ALCS mailed and emailed the Class Notice – Auto Pay (attached hereto as Exhibit C) to 87 Class Members.

6. **Returned Mail Handling:** ALCS processed all Notices returned by USPS as Undeliverable As Addressed ("UAA"). For these, ALCS conducted address searches using a nationally recognized location service to attempt to locate new addresses for these class members and has remailed Notices to updated addresses.

7. **Reminder Notice**: On July 5, 2024, ALCS sent the Reminder Notice via email to those with a valid email address and by USPS to those without a valid email address, to class members who did not submit a claim form. The Reminder Notice is attached as Exhibit D.

8. **Noticing Campaign Summary:** The following is a summary of the noticing, as of the date of this Declaration:

- Total Number of Class Members: 60,492
  - i. Claim Needed (60,405)

**No Reminder Necessary (Claim Filed Prior To Reminder Notice)**

| | | |
|---|---|---|
| Received USPS and Email Notice | 1,158 | 1.92% |
| Received USPS Notice Only | 551 | 0.91% |
| Received Email Notice Only | 38 | 0.06% |

**Reminder Notice Necessary**

| | | |
|---|---|---|
| Received Initial Notice Via USPS and Email and Reminder via Email | 28,465 | 47.12% |
| Received Initial and Reminder Notice via USPS | 20,614 | 34.13% |
| Received Initial Notice via Mail | 1,148 | 1.90% |
| Initial Notice Unsuccessful and Reminder by USPS | 2,577 | 4.27% |
| Initial Notice Unsuccessful and Reminder by Email | 3,858 | 6.39% |
| No Successful Notice | 1,995 | 3.30% |

  - ii. Auto Pay (87)

| | | |
|---|---|---|
| Received USPS and Email Notice | 70 | 80.46% |
| Received USPS Notice Only | 6 | 6.89% |
| Received Email Notice Only | 8 | 9.20% |
| No Successful Notice | 3 | 3.45% |

- Percentage of total population deemed to have received Notice: **96.70**%

9. **Website:** On May 14, 2024, ALCS launched a case website (www.ssntraceclassaction.com) which contained sections for Important Court Documents, Key Dates and FAQs. Class members had an opportunity to file a claim and update their address online. The Important Court Documents section included the Complaint, Amended Complaint, Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Class Action Settlement Agreement and Release, Preliminary Approval Order, Class Notice, Plaintiff's Motion for Attorney's Fees, Costs and Class Representative Award, Memorandum In Support of Motion for Attorney's Fees, Costs and Class Representative Service Award, Declaration of John G Albanese In Support of Motion for Attorney's Fees, Costs and Class Representative Award, and Notice of Hearing Date on Plaintiffs Motion for Attorney's Fees, Costs and Class Representative Award. The website was visited by 7,622 unique visitors and had 38,942 page views.

10. **Toll-Free Number**: On May 14, 2024, ALCS launched a toll-free phone number (866-473-1088) that allowed callers to learn more about the settlement. There was an automated call tree with questions and answers and the ability to speak to a live agent for more information. There were 1,090 callers that spent a total of 2,911.2 minutes on the toll-free number, 803.5 of those minutes spent with a live agent.

11. **Claims Processing Summary:** The Notice instructed that those who wish to receive settlement benefits had to submit their claim form by online or by mail to the Settlement Administrator by no later than 11:59 pm on July 28, 2024. As of this date of the declaration, ALCS has received 2,757 claims which represents 4.56% of class members. 2,674 of those claims are validated and approved. Claims were made through the online portal and through U.S. mail. ALCS is continuing to process claims as they arrive.

12. **Exclusions:** The Notice instructed those who wish to opt out of the settlement to write to the Class Counsel stating that the class member does not wish to participate.  It further states that an opt out request must be postmarked by July 13, 2024. As of the date of this declaration, ALCS has received 6 (six) requests for exclusion from this case, (attached hereto as Exhibit E).

13. **Objections:** The Notice informed class members who wish to object to the settlement to file their written objection with the Court by July 13, 2024. I am not aware of any objections being filed as of the date of this declaration.

14. **Administrator Fee:** To date, administrations costs are $111,606.00, which are associated with initial case setup, noticing costs including postage, processing returned mail, call center & website maintenance, claim processing and reporting.  ALCS anticipates an additional $12,830.00 will be necessary to complete the project.  In total, ALCS anticipates the total administration costs to be $124,436.00.


I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge.  Executed on August 15, 2024, in Jacksonville, Florida.

_____
Demetrius Jenkins

**Exhibit A**

March 11, 2024

<span style="text-decoration: underline;">Vɪᴀ **CERTIFIED MAIL**</span>

The United States Attorney General and
All State Attorneys General
Identified on the Attached Service List

**Re:**    **Notice Pursuant to the Class Action Fairness Act of 2005:** *Burak Bingollu ("Plaintiff") on behalf of himself and all others situated v. One Source Technology, LLC d/b/a Asurint. ("Defendant"),* **No. 22-cv-00077 (DTS), United States District Court, District of Minnesota.**

Dear Sir or Madam:

In accordance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b) ("CAFA"), this letter provides notice of a proposed settlement in the above-captioned putative class action, designated No. No. 22-cv-00077 (DTS), and pending in the United States District Court, District of Minnesota.

Section 1715 of the U.S. Code requires notice of a proposed class action settlement to be served upon appropriate federal and state officials. The required information under CAFA is set forth below.  Also enclosed is a CD containing documents relating to the proposed settlement, as required by Section 1715. If you have any difficulty accessing any of the documents on the enclosed CD, please contact the undersigned.

*Item 1: A copy of the complaint, any materials filed with the complaint, and any amended complaints. 28 U.S.C. § 1715(b)(1).*

On December 21, 2021, Plaintiff Sharon Dekontee Wright, on behalf of herself and those similarly situated, filed a purported Class Action Complaint and Demand for Jury Trial in the State of Minnesota District Court, County of Hennepin, Fourth Judicial Circuit. The Class Action Complaint asserted claims for alleged violations of the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq.*, arising out of a background check regarding Plaintiff. The case was removed to the United States District Court for the District of Minnesota on January 13, 2022. A copy of the Notice of Removal Of Civil Action By Defendant One Source Technology d/b/a Asurint, which contains the Class Action Complaint and Demand for Jury Trial, is included on the enclosed CD as **Exhibit 1**.

On September 6, 2023, Plaintiff Sharon Dekontee Wright and Plaintiff Burak C. Bingollu filed a First Amended Complaint. A copy of the First Amended Complaint is included on the enclosed CD as **Exhibit 2.**

On November 30, 2023, Plaintiff Sharon Dekontee Wright and Defendant filed a Stipulation of Dismissal with Prejudice as to Plaintiff Sharon Wright. A copy of this stipulation is included on the enclosed CD as **Exhibit 3.**

Page 2

***Item 2:*** *Notice of any scheduled judicial hearing in the class action 28 U.S.C. § 1715(b)(2).*

The preliminary approval hearing is not scheduled at this time.

***Items 3 and 4:*** *Any proposed or final notification to the class members, 28 U.S.C. § 1715(b)(3); any proposed or final class action settlement. 28 U.S.C. § 1715(b)(4).*

On March 1, 2024, Plaintiff Burak C. Bingollu filed a Motion for Preliminary Approval of Class Action Settlement in the United States District Court, District of Minnesota. The Motion requests that the Court enter an order (1) preliminarily approving the proposed Settlement, (2) certifying the Settlement Class for settlement purposes, (3) directing notice to be distributed to the Settlement Class, and (4) scheduling a final approval hearing. Defendant does not oppose the relief sought in this Motion. A copy of the Plaintiff's Motion for Preliminary Approval of Class Action Settlement is included on the enclosed CD as **Exhibit 4**.

On March 1, 2024, the Class Settlement Agreement and Release, along with proposed notices and exhibits, were filed with the Court and are included on the enclosed CD as **Exhibit 5.**

***Item 5:*** *Any settlement or other agreement contemporaneously made between class counsel and counsel for the Defendant. 28 U.S.C. § 1715(b)(5).*

There are no agreements, contemporaneously made between class counsel and counsel for Defendant related to this matter, other than the Class Settlement Agreement and Release, included as **Exhibit 5.**

***Item 6:*** *Any final judgment or notice of dismissal. 28 U.S.C. § 1715(b)(6).*

No final judgment or notice of dismissal on a class-wide basis has been entered.

***Item 7:*** *Either (i) the names of class members who reside in each State and estimated proportionate share of such members to the entire settlement; or (ii) if not feasible, a reasonable estimate of the number of class members residing in each State and estimated proportionate share of such members to the entire settlement. 28 U.S.C. § 1715(a)(7)(A)-(B).*

The list of class members is not available at this time.

***Item 8:*** *Any written judicial opinions relating to subparagraphs (3) through (6) under § 1715. 28 U.S.C. § 1715(b)(8).*

No written judicial opinions have been entered by the Court in this matter.

The table below provides an index of the materials that we have included on the enclosed CD.

Page 3

| | Description |
|---|---|
| 1. | Class Action Complaint and Demand for Jury Trial |
| 2. | First Amended Complaint |
| 3. | Stipulation of Dismissal with Prejudice as to Plaintiff Sharon Wright |
| 4. | Plaintiff's Motion For Preliminary Approval Of Class Action Settlement |
| 5. | Settlement Agreement and Release, along with Notices and other exhibits |

Sincerely,

Demetrius Jenkins
Case Manager
American Legal Claims Services, LLC

Providing Notification as Settlement Administrator
for Defendant One Source Technology, LLC d/b/a
Asurint.

Enclosures:
Attached Service List
CD

**Exhibit B**

double postcard Internal Use Only template

outside top/front

## COURT AUTHORIZED LEGAL NOTICE

You have received this Notice because Asurint's records show that the company prepared a background report on you indicating that Asurint could not validate or verify your Social Security Number.

Depending on the number of claims made, you could receive a payment in the range of $90-300.

As described further in this Notice, you may need to submit a Claim Form to receive payment. If a Claim Form is required, a Claim Form that you can complete and mail is attached to this Notice, or you may complete a Claim Form online at:

www.ssntraceclassaction.com

**Your Claim Form must be either (1) submitted online or (2) postmarked by July 28, 2024**

SSN Validation Settlement
PO Box 23680
Jacksonville, FL 32241

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584


*KEYLINE*

*Postmaster: Do not mark barcode*

«fname» «lname»
«address1»
«address3»
«addrcity» «addrstate» «addrzip»
«country»

fold                                                                 fold

---

| **CLAIM FORM** | *UNITED STATES DISTRICT COURT OF MINNESOTA* |
| | ***Bingollu v. One Source Technology, LLC d/b/a Asurint*** |
| | **Case No. 0:22-cv-00077-DTS** |

To make a claim in the *Bingollu v. One Source Technology d/b/a Asurint* Class Action Settlement, you must complete this Claim Form and mail it to the address on the reverse, postmarked by **July 28, 2024**. Alternatively, you can submit a Claim Form online at www.ssntraceclassaction.com by **July 28, 2024**.

**I. CONTACT INFORMATION.** Provide your name and contact information below. If your contact information changes after submitting your claim, you must notify the Settlement Administrator at: PO Box 23680, Jacksonville, FL 32241.

First Name: 　　　　　　　　　　　　Last Name:
Address:
City: 　　　　　　　　　　State: 　　　　ZIP:
Email:
Phone: 　　　　–　　　–

☐ **Check here if this is a different address** than where you received this Notice.

**II. PAYMENT PREFERENCE.** Unless you elect to receive payment via one of the methods below, your payment will be made via check to the address provided above.

☐ Venmo 　　☐ PayPal 　　☐ E-Mastercard 　　☐ Zelle 　　☐ ACH 　　Account Email/Phone #/Routing & Acct#:

**III. CERTIFICATION & SIGNATURE REQUIRED.** By signing below, you certify that the following statement is true:
I was harmed or emotionally distressed by the notation on my background report of "unable to validate" or "not verified" regarding my Social Security Number.

Signature: _____   Date: _____

*Administrator Use Only – Do Not Write Below This Line*

**735** 　　　　　NID: «noticeid» 　　　　　　　　　　*keyline*
　　　　　　　　v1.1

outside bottom/back

inside front

A settlement has been reached in a class action lawsuit, *Bingollu v. One Source Technologies, LLC d/b/a Asurint*, Case No. 0:22-cv-00077-DTS, in the United States District Court for the District of Minnesota. Defendant denies that it violated any law, and the Parties are settling the lawsuit to avoid the further uncertainties and expenses of litigation. The total settlement fund is $2,400,000.

**Am I a Class Member?** Asurint's records indicate that you are a member of the Settlement Class. The Settlement Class is defined as: All individuals who were the subject of consumer reports prepared by Defendant from December 27, 2019, to May 1, 2023 about whom Defendant reported: (1) through the SSN Trace Level 2 product, "unable to validate" and/or "not verified"; or (2) individuals who disputed information in the SSN Trace section of their background reports, which was then revised.

 **«X»**  **Required to file a Claim to Receive Payment.** If there is a "X" on the line preceding this sentence, you must submit a Claim Form, by **July 28, 2024**, to receive a payment.  If there is not an "X", you do not need to submit a Claim to receive payment; you will receive payment automatically, via check sent to the address to which this Notice was sent (unless you update your address or opt to receive your payment electronically, which you can do online at www.ssntraceclassaction.com).

**What Can I Get?** If the Court approves the expected requests for attorneys' fees and expenses, a service award for the Class Representative, and the costs of settlement administration, Settlement Class Members are anticipated to receive between $90 and $300. These amounts are estimates and depend on the number of valid Claims received.

**How Do I Get a Payment?** If this Notice indicates that you need to fill out a Claim Form, by **July 28, 2024**, you must (1) fill out and postmark the Claim Form attached to this Notice or (2) submit a Claim Form online at www.ssntraceclassaction.com. If and when the Court finally approves the Settlement, you will receive your payment by check or electronically, if you so choose.

**Who Represents Me?** The Court has appointed lawyers from Berger Montague to represent the Class. They will seek to be paid legal fees out of the settlement fund of up to one-third of the fund, and to be reimbursed for the costs of bringing the lawsuit. They will also seek a service award of $5,000 for the Class Representative. You may also hire and pay for a lawyer at your expense.

**What If I Don't Like the Settlement?** You can exclude yourself or object. To exclude yourself from the Settlement and keep any legal rights you may have regarding the issues in this lawsuit, write the Settlement Administrator by **July 13, 2024**. Alternatively, you may object to the Settlement by filing a written objection with the Court and mailing a copy to the Settlement Administrator by **July 13, 2024**.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing on September 4, 2024 at 10:00 AM CT at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

**How Do I Get More Information?** For more information, visit www.ssntraceclassaction.com, send an email to info@ssntraceclassaction.com, or call 866-473-1088. *Do not contact the Court*.

Your Personal Notice ID: «noticeid»
Your Confidential PIN: «pin»

fold

NAME_____

ADDRESS_____

CITY, STATE, ZIP_____



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 1002   JACKSONVILLE, FL

POSTAGE WILL BE PAID BY ADDRESSEE

BINGOLLU v ASURINT SETTLEMENT
PO BOX 23680
JACKSONVILLE FL  32241-9928

fold

inside bottom/back

**Exhibit C**

*double postcard*  Internal Use Only  *template*

*outside top/front*

### COURT AUTHORIZED LEGAL NOTICE

SSN Validation Settlement (735)
PO Box 23680
Jacksonville, FL 32241

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

You have received this Notice because Asurint's records show that the company prepared a background report on you indicating that Asurint could not validate or verify your Social Security Number.

Depending on the number of claims made, you could receive a payment in the range of $90-300.

As described further in this Notice, you may need to submit a Claim Form to receive payment. If a Claim Form is required, a Claim Form that you can complete and mail is attached to this Notice, or you may complete a Claim Form online at:



***Postmaster: Do not mark barcode***

«fname» «lname»
«address1»
«address3»
«addrcity» «addrstate» «addrzip»
«country»

www.ssntraceclassaction.com

**Your Claim Form must be either (1) submitted online or (2) postmarked by <u>July 28, 2024</u>**

*fold* ～～～～～～～～～～～～ *fold*

| **CLAIM FORM** | ***UNITED STATES DISTRICT COURT OF MINNESOTA*** <br> ***Bingollu v. One Source Technology, LLC d/b/a Asurint*** <br> **Case No. 0:22-cv-00077-DTS** |
|---|---|

To make a claim in the *Bingollu v. One Source Technology d/b/a Asurint* Class Action Settlement, you must complete this Claim Form and mail it to the address on the reverse, postmarked by **July 28, 2024**. Alternatively, you can submit a Claim Form online at www.ssntraceclassaction.com by **July 28, 2024**.

**I. CONTACT INFORMATION.** Provide your name and contact information below. If your contact information changes after submitting your claim, you must notify the Settlement Administrator at: PO Box 23680, Jacksonville, FL 32241.

<u>First Name</u>:          <u>Last Name</u>:

<u>Address</u>:

<u>City</u>:      State:      ZIP:

<u>Email</u>:

<u>Phone</u>:   –  –  ☐ **Check here if this is a <u>different address</u>** than where you received this Notice.

**II. PAYMENT PREFERENCE.** Unless you elect to receive payment via one of the methods below, your payment will be made via check to the address provided above.

☐ Venmo     ☐ PayPal     ☐ E-Mastercard     ☐ Zelle     ☐ ACH     Account Email/Phone #/Routing & Acct#:

**III. CERTIFICATION & SIGNATURE REQUIRED.** By signing below, you certify that the following statement is true:
I was harmed or emotionally distressed by the notation on my background report of "unable to validate" or "not verified" regarding my Social Security Number.

Signature: _____  Date: _____

*Administrator Use Only – Do Not Write Below This Line*

| 735 | NID: «noticeid» <br> v1.1 | *keyline* |
|---|---|---|

*outside bottom/back*

inside front

A settlement has been reached in a class action lawsuit, *Bingollu v. One Source Technologies, LLC d/b/a Asurint*, Case No. 0:22-cv-00077-DTS, in the United States District Court for the District of Minnesota. Defendant denies that it violated any law, and the Parties are settling the lawsuit to avoid the further uncertainties and expenses of litigation. The total settlement fund is $2,400,000.

**Am I a Class Member?** Asurint's records indicate that you are a member of the Settlement Class. The Settlement Class is defined as: All individuals who were the subject of consumer reports prepared by Defendant from December 27, 2019, to May 1, 2023 about whom Defendant reported: (1) through the SSN Trace Level 2 product, "unable to validate" and/or "not verified"; or (2) individuals who disputed information in the SSN Trace section of their background reports, which was then revised.

_____ **Required to file a Claim to Receive Payment.** If there is a "X" on the line preceding this sentence, you must submit a Claim Form, by **July 28, 2024**, to receive a payment.  If there is not an "X", you do not need to submit a Claim to receive payment; you will receive payment automatically, via check sent to the address to which this Notice was sent (unless you update your address or opt to receive your payment electronically, which you can do online at www.ssntraceclassaction.com).

**What Can I Get?** If the Court approves the expected requests for attorneys' fees and expenses, a service award for the Class Representative, and the costs of settlement administration, Settlement Class Members are anticipated to receive between $90 and $300. These amounts are estimates and depend on the number of valid Claims received.

**How Do I Get a Payment?** If this Notice indicates that you need to fill out a Claim Form, by **July 28, 2024**, you must (1) fill out and postmark the Claim Form attached to this Notice or (2) submit a Claim Form online at www.ssntraceclassaction.com. If and when the Court finally approves the Settlement, you will receive your payment by check or electronically, if you so choose.

**Who Represents Me?** The Court has appointed lawyers from Berger Montague to represent the Class. They will seek to be paid legal fees out of the settlement fund of up to one-third of the fund, and to be reimbursed for the costs of bringing the lawsuit. They will also seek a service award of $5,000 for the Class Representative. You may also hire and pay for a lawyer at your expense.

**What If I Don't Like the Settlement?** You can exclude yourself or object. To exclude yourself from the Settlement and keep any legal rights you may have regarding the issues in this lawsuit, write the Settlement Administrator by **July 13, 2024**. Alternatively, you may object to the Settlement by filing a written objection with the Court and mailing a copy to the Settlement Administrator by **July 13, 2024**.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing on September 4, 2024 at 10:00 AM CT at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

**How Do I Get More Information?** For more information, visit www.ssntraceclassaction.com, send an email to info@ssntraceclassaction.com, or call 866-473-1088. ***Do not contact the Court.***

Your Personal Notice ID: «noticeid»
Your Confidential PIN: «pin»

fold

fold

NAME_____

ADDRESS_____

CITY, STATE, ZIP_____



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 1002   JACKSONVILLE, FL

POSTAGE WILL BE PAID BY ADDRESSEE

BINGOLLU v ASURINT SETTLEMENT
PO BOX 23680
JACKSONVILLE FL  32241-9928

inside bottom/back

**Exhibit D**

double postcard    Internal Use Only    template

outside top/front

### COURT AUTHORIZED
### LEGAL NOTICE

**\*\*REMINDER\*\***

You have received this Notice because Asurint's records show that the company prepared a background report on you indicating that Asurint could not validate or verify your Social Security Number.

Depending on the number of claims made, you could receive a payment in the range of $90-300.

As described further in this Notice, you may need to submit a Claim Form to receive payment. If a Claim Form is required, a Claim Form that you can complete and mail is attached to this Notice, or you may complete a Claim Form online at:

### www.ssntraceclassaction.com

Your Claim Form must be either (1) submitted online or (2) postmarked by <u>July 28, 2024</u>

SSN Validation Settlement (735)
PO Box 23680
Jacksonville, FL 32241

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584


*K E Y L I N E*

Postmaster: Do not mark barcode

«fname» «lname»
«address1»
«address3»
«addrcity» «addrstate» «addrzip»
«country»

fold                                                                    fold

---

| CLAIM FORM | UNITED STATES DISTRICT COURT OF MINNESOTA
Bingollu v. One Source Technology, LLC d/b/a Asurint
Case No. 0:22-cv-00077-DTS |

To make a claim in the Bingollu v. One Source Technology d/b/a Asurint Class Action Settlement, you must complete this Claim Form and mail it to the address on the reverse, postmarked by <u>July 28, 2024</u>. Alternatively, you can submit a Claim Form online at <u>www.ssntraceclassaction.com</u> by <u>July 28, 2024</u>.

**I. CONTACT INFORMATION.** Provide your name and contact information below. If your contact information changes after submitting your claim, you must notify the Settlement Administrator at: PO Box 23680, Jacksonville, FL 32241.

<u>First Name</u>: |_|_|_|_|_|_|_|_|_|_|_|_|_| <u>Last Name</u>: |_|_|_|_|_|_|_|_|_|_|_|_|_|

<u>Address</u>: |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

<u>City</u>: |_|_|_|_|_|_|_|_|_|_|_| <u>State</u>: |_|_| <u>ZIP</u>: |_|_|_|_|_|

<u>Email</u>: |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

<u>Phone</u>: |_|_|_| – |_|_|_| – |_|_|_|_|   ☐ Check here if this is a <u>different address</u> than where you received this Notice.

**II. PAYMENT PREFERENCE.** Unless you elect to receive payment via one of the methods below, your payment will be made via check to the address provided above.

☐ Venmo    ☐ PayPal    ☐ E-Mastercard    ☐ Zelle    ☐ ACH    Account Email/Phone #/Routing & Acct#:

**III. CERTIFICATION & SIGNATURE REQUIRED.** By signing below, you certify that the following statement is true:
I was harmed or emotionally distressed by the notation on my background report of "unable to validate" or "not verified" regarding my Social Security Number.

Signature: _____    Date: _____

Administrator Use Only – Do Not Write Below This Line

| 735 | | NID: «noticeid»
v1.1 | *keyline* |

outside bottom/back

inside front

A settlement has been reached in a class action lawsuit, *Bingollu v. One Source Technologies, LLC d/b/a Asurint*, Case No. 0:22-cv-00077-DTS, in the United States District Court for the District of Minnesota. Defendant denies that it violated any law, and the Parties are settling the lawsuit to avoid the further uncertainties and expenses of litigation. The total settlement fund is $2,400,000.

**Am I a Class Member?** Asurint's records indicate that you are a member of the Settlement Class. The Settlement Class is defined as: All individuals who were the subject of consumer reports prepared by Defendant from December 27, 2019, to May 1, 2023 about whom Defendant reported: (1) through the SSN Trace Level 2 product, "unable to validate" and/or "not verified"; or (2) individuals who disputed information in the SSN Trace section of their background reports, which was then revised.

 **X  Required to file a Claim to Receive Payment.** If there is a "X" on the line preceding this sentence, you must submit a Claim Form, by **July 28, 2024**, to receive a payment.  If there is not an "X", you do not need to submit a Claim to receive payment; you will receive payment automatically, via check sent to the address to which this Notice was sent (unless you update your address or opt to receive your payment electronically, which you can do online at www.ssntraceclassaction.com).

**What Can I Get?** If the Court approves the expected requests for attorneys' fees and expenses, a service award for the Class Representative, and the costs of settlement administration, Settlement Class Members are anticipated to receive between $90 and $300. These amounts are estimates and depend on the number of valid Claims received.

**How Do I Get a Payment?** If this Notice indicates that you must submit a Claim Form to receive payment, by **July 28, 2024**, you must (1) fill out and postmark the Claim Form attached to this Notice or (2) submit a Claim Form online at www.ssntraceclassaction.com. If and when the Court finally approves the Settlement, you will receive your payment by check or electronically, if you so choose.

**Who Represents Me?** The Court has appointed lawyers from Berger Montague to represent the Class. They are seeking to be paid legal fees out of the settlement fund, in the amount of up to one-third of the fund, and to be reimbursed for the costs of bringing the lawsuit. They are also seeking a service award of $5,000 for the Class Representative. You may also hire and pay for a lawyer at your expense.

**What If I Don't Like the Settlement?** You can exclude yourself or object. To exclude yourself from the Settlement and keep any legal rights you may have regarding the issues in this lawsuit, write the Settlement Administrator by **July 13, 2024**. Alternatively, you may object to the Settlement by filing a written objection with the Court and mailing a copy to the Settlement Administrator by **July 13, 2024**.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing on September 4, 2024 at 10:00 AM CT at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

**How Do I Get More Information?** For more information, visit www.ssntraceclassaction.com, send an email to info@ssntraceclassaction.com, or call 866-473-1088. *Do not contact the Court*.

> **Your Personal Notice ID: «noticeid»**
> **Your Confidential PIN: «pin»**

NAME_____

ADDRESS_____

CITY, STATE, ZIP_____



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 1002   JACKSONVILLE, FL

POSTAGE WILL BE PAID BY ADDRESSEE

BINGOLLU v ASURINT SETTLEMENT
PO BOX 23680
JACKSONVILLE FL  32241-9928

inside bottom/back

**Exhibit E**

Leury G. De Leon Tavarez

█████████████████████

June 7, 2024

SSN Validation Settlement (735)
P.O. Box 23680
Jacksonville, FL 32241
&
Bingollu v Asurint Settlement
P.O. Box 23680
Jacksonville, FL 32241-9928

I, Leury G. De Leon Tavarez due hereby state that:
I want to be excluded from the settlement class, Case No. 0.22-cv-ooo77-DTS

Thank you

Leury G. De Leon Tavarez

JUN 11 2024

State of New York
County of the Bronx
Sworn to before me
This 7 day of June 2024

SANDRA P AMER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AM6350980
Qualified in Bronx County
My Commission Expires November 21, 2024

735
BINGOLLU v ASURINT

EXCLUSION 400001

U.S. POSTAGE PAID
FCM LETTER
BRONX, NY 10460
JUN 08, 2024

**$0.68**

S2323Y501240-14

Retail

32241

RDC 99

JUN 11 2024

Binzollo v Axurt Settlomod
PO Box 73680
Jacksonville, FL 32241-9928

32241-33680 B007

L. Dolean Tavares

Leury G. De Leon Tavarez

██████████████████████

June 7, 2024

SSN Validation Settlement (735)
P.O. Box 23680
Jacksonville, FL 32241
&
Bingollu v Asurint Settlement
P.O. Box 23680
Jacksonville, FL 32241-9928

I, Leury G. De Leon Tavarez due hereby state that:
I want to be excluded from the settlement class, Case No. 0.22-cv-ooo77-DTS

Thank you

Leury G. De Leon Tavarez

JUN 11 2024

735
BINGOLLU v ASURINT
|||||||||||||||||||||||||||||||||
EXCLUSION 400002

State of New York
County of the Bron
Swor
This 7      June 2024

SANDRA P AMER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AM6350980
Qualified in Bronx County
My Commission Expires November 21, 2024



L. Doleen Tacong




Retail

UNITED STATES
POSTAL SERVICE®

RDC 99

JUN 11 2024

32241

U.S. POSTAGE PAID
FCM LETTER
BRONX, NY 10460
JUN 08, 2024

$0.68

S2323Y501240-14



SSN Validation Settlement
P O Box 23680
Jacksonville, FL 32241

DATE 07 /01 2024

To whom this may concern,

   I, Franchesca Marin Alvarez, do not want to be part of the class in Bingollu V. One Source technology.

   Sincerely,

Franchesca Marin Alvarez

Last 4: ████

735
BINGOLLU v ASURINT
EXCLUSION 400003

JUL 05 2024

Franchesca Marin Alvarez

Settlement Administrator
Bingolu v. One Source
Technology d/b/a Asurint
PO Box 23680, Jacksonville, FL 32241

RDC 99

32241

$0.68

R2305M144873-08

KANNAPOLIS, NC 28083
JUL 01 2024

JUL 05 2024

32241-368080

SUSAN KEMUNTO OMWENGA

███████████████████

05/23/2024

THE SETTLEMENT ADMINISTRATOR,

BINGOLLU V. ONE SOURCE TECHNOLOGY d/b/a ASURINT,

P.O. BOX 23680,

JACKSONVILLE, FL 32241.

Dear Sir/Madam,

RE: OPTING-OUT OF THE SETTLEMENT CLASS

I am writing to let you know that; I do not want to be part of the class in Bingollu V. One Source Technology.

I hope you will consider my request.

Thank you.

Susan Kemunto Omwenga,

███████████████████

**735**
**BINGOLLU v ASURINT**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**EXCLUSION 400004**

JUL 09 2024

MINNEAPOLIS MN 553

1 JUL 2024    PM 4 L

The Settlement Administrator,
Bingolya v One Source Technology d/b/a Asurint,
P.O. Box 23680,
Jacksonville, FL 32241.

32241-368989

JUL 09 2024

Webb Space Telescope

Amin Ghasemian

[redacted]

Date: 10 July 2024

Subject: Opt-Out

Settlement Administrator at Bingollu v. one Source Technology d/b/a Asurint
Po Box 23680,
Jacksonville, FL 32241

I do not want to be Part of the class in
Bingollu v. one Source Technology.
Amin Ghasemian
10 July 2024

[redacted]

Updated address: [redacted]

735
BINGOLLU v ASURINT
EXCLUSION 400005

POSTMARKED
JUL 17 2024    JUL 10 2024
American Legal Claims

From:

26791 Aliso Creek Rd. #1041

To:
PO Box 23680
Jacksonville, FL 32241
Settlement Administrator

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRIORITY MAIL

FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**UNITED STATES**
**POSTAL SERVICE** ®

**PRIORITY**®
**MAIL**

stamps
endicia



US POSTAGE AND FEES PAID
PRIORITY MAIL
Jul 10 2024
Mailed from ZIP 92656
PRIORITY MAIL
ZONE 8 FLAT-RATE ENV
1006207
Commercial

0629300014422212

**P**

**USPS PRIORITY MAIL** ®

B007

BK

AMIN GHASEMIAN

SHIP TO:
SETTLEMENT ADMINISTRAITOR
BINGOLLU V. ONE SOURCE TECH ASURINT
PO BOX 23680
JACKSONVILLE FL 32241-3760



USPS TRACKING #

9405 5112 0621 0086 6665 58

- guaranteed delivery date specified for domestic use.

- Domestic shipments include $100 of insurance (restrictions apply).*

- USPS Tracking® service included for domestic and many international destinations.

- Limited international insurance.**

- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


how2recycle.info
PAPER
POUCH

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2


PS00001000014


2recycle.info
PAPER
POUCH
FSC
FSC C118916

RE: BINGOLLU V. ASURINT SETTLEMENT
(Case No. 0:22-CV-00077-DTS; Notice ID: 26545141; PIN: 158 135 162)

From: Francis Teke Mwambo          Date: 07/08/2024

To: Settlement Administrator      Subject:    As Stated

Sir/Madam,

I have the honor, most respectful, to present this piece of information to you in black and white.

As a matter of fact, the name cited above wants to be excluded from the settlement class. This is indicated as an option in the notice(s) attached to this letter.

Thank you for your time and consideration in this matter.

Sincerely,

Francis Teke

P.S.: Contact info ▓▓▓▓▓▓

POSTMARKED
JUL 08 2024
American Legal Claims

POSTMARKED
JUL 12 2024
American Legal Claims

735
BINGOLLU v ASURINT
EXCLUSION 400006

 Gmail

**Faith Man <tekefrancis@gmail.com>**

## Notice of Class Action Settlement – Bingollu v. One Source Technology,  LLC d/b/a Asurint

**Bingollu v Asurint** <SSNTraceClassAction@maildel.com>
Reply-To: Bingollu v Asurint <reply-361157.486296@maildel.com>
To:

Fri, Jul 5, 2024 at 1:48 PM

FRANCIS N TEKE MWAMBO

**Notice ID:**
**PIN:** 

## **\*\*REMINDER\*\***

### A FEDERAL COURT AUTHORIZED THIS NOTICE

### <u>You may be entitled to a payment ranging from $90-300.</u>

**Your rights and options are explained in this Notice. Please read this Notice carefully.**

**You have been identified as a Class Member in the above Settlement. You must submit a Claim Form to receive a payment from the Settlement.  You may submit a Claim Form on the settlement website:** www.ssntraceclassaction.com.  **The deadline to submit a Claim Form is July 28, 2024.**

**Full information regarding the Settlement can be found at the settlement website:** www.ssntraceclassaction.com.

### What is This Case About?

Plaintiff Burak C. Bingollu ("Plaintiff") claims that Defendant One Source Technology d/b/a Asurint ("Defendant") inaccurately informed his prospective employer in a background check that Defendant was unable to validate or verify Plaintiff's Social Security Number, thereby allegedly violating the Fair Credit Reporting Act ("FCRA").

Defendant denies any and all allegations or assertions of wrongdoing in this lawsuit and denies any and all allegations or assertions that it is liable to Plaintiff or to any member of the Settlement Class.

The Court has not made any finding that Defendant has engaged in any wrongdoing or misconduct of any kind, or is liable in any way, including regarding Plaintiff's alleged violations of the FCRA.  Defendant has, however, agreed to settle the lawsuit so that it may, among other things, avoid additional litigation burdens and expenses.

Plaintiff and Defendant (together, the "Parties") have reached a proposed settlement in the lawsuit.  The settlement has not yet been finally approved by the Court.

### *Am I Included in the Settlement?*

Yes.

### *How Do I Receive a Payment?*

You must submit a Claim Form by July 28, 2024, to receive a payment. You may submit a Claim Form by (1) completing and returning the Claim Form sent to you by mail, postmarked by July 28, 2024; or (2) completing a Claim Form online, by July 28, 2024, at: www.ssntraceclassaction.com.

If you have questions about the Claim Form, you may contact the Settlement Administrator at 866-473-1088.

### *Who Is Included in the Settlement?*

According to Defendant's records, you are a Member of the Settlement Class, which is defined as:

> All individuals who were the subject of consumer reports prepared by Defendant from December 27, 2019, to May 1, 2023, about whom Defendant reported: (1) through the SSN Trace Level 2 product, "unable to validate" and/or "not verified"; or (2) individuals who disputed information in the SSN Trace section of their background reports, which was then revised.

If you would like more information about why you are a Class Member or what was reported about you, you may contact the Settlement Administrator at 866-473-1088.

### *What is the Settlement?*

The settlement establishes a $2,400,000 settlement fund, which will cover: (1) cash payments to Class Members, (2) attorneys' fees, (3) costs, (4) settlement administration, and (5) any service award for Plaintiff that the Court may approve.

**You MUST submit a Claim Form to receive a payment from the Settlement.** To submit a Claim Form, you can either: (1) complete and return the Claim Form sent to you by mail, postmarked by July 28, 2024; or (2) submit a Claim Form online, by July 28, 2024, at: www.ssntraceclassaction.com

Payments will depend on the number of valid Claim Forms submitted, among other things, but are estimated to range from approximately $90-300.

### *What Are My Other Options?*

**Do Nothing.** If you are a Member of the Settlement Class, and you do nothing in response to this Notice, you will not receive any payment. Again, you are required to submit a Claim Form to receive a payment.

Additionally, if you do nothing in response to this Notice, you will lose any legal rights you may have against Defendant related to this lawsuit, and you will lose the right to object to the Settlement.

(1)

✓ **Exclude Yourself.** You may exclude yourself from the Settlement Class by mailing a written notice to the Settlement Administrator, postmarked by July 13, 2024, that includes: a signed and dated statement saying that you want to be excluded from the Class; and your contact and identifying information. If you exclude yourself, you will not receive a Settlement payment, but you will keep any legal rights you may have against Defendant.

(2)

**Object**. If you do not exclude yourself, you have the right to appear (or to hire a lawyer to appear for you) before the Court and object to the Settlement. If you wish to object, you must send a written, signed objection to the Settlement Administrator (and file it with the Court) no later than July 13, 2024.

If you would like more information about why you are a Class Member or what was reported about you, you may contact the Settlement Administrator at 866-473-1088.

### Who Represents Me?

The Court has appointed lawyers from Berger Montague PC to serve as Class Counsel.  As part of the Settlement process, these lawyers will ask the Court to authorize them to make certain payments from the settlement fund, including:(1) settlement administration expenses; (2) legal fees, which will not exceed one-third of the total settlement fund; (3) reimbursement for the attorneys' out-of-pocket costs; and (4) a service award for Plaintiff, which will not to exceed $5,000.

### When Will the Court Consider the Settlement?

The Court will hold a Final Approval Hearing on September 4, 2024, at 10:00 AM CT.  At that Hearing, the Court will: (1) hear any objections about the fairness of the Settlement; (2) decide whether to approve the requested attorneys' fees and costs, as well as Plaintiff's service award; and (3) decide whether the Settlement should be approved.

**For more information, please visit the Settlement Website,
www.ssntraceclassaction.com, email info@ssntraceclassaction.com, or call 866-473-
1088.**

---

**Click here to stop future mailings**

**COURT AUTHORIZED
LEGAL NOTICE**

You have received this Notice because Asurint's records show that the company prepared a background report on you indicating that Asurint could not validate or verify your Social Security Number.

Depending on the number of claims made, you could receive a payment in the range of $90-300.

As described further in this Notice, you may need to submit a Claim Form to receive payment. If a Claim Form is required, a Claim Form that you can complete and mail is attached to this Notice, or you may complete a Claim Form online at:

www.ssntraceclassaction.com

**Your Claim Form must be either (1) submitted online or (2) postmarked by July 28, 2024**

SSN Validation Settlement (735)
PO Box 23680
Jacksonville, FL 32241

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

60053-FC-055129

***Postmaster: Do Not Mark Barcode***

151 * 56942
TEKE MWAMBO, FRANCIS N

- - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **CLAIM FORM** | ***UNITED STATES DISTRICT COURT OF MINNESOTA***<br>***Bingollu v. One Source Technology, LLC d/b/a Asurint***<br>**Case No. 0:22-cv-00077-DTS** |

To make a claim in the *Bingollu v. One Source Technology d/b/a Asurint* Class Action Settlement, you must complete this Claim Form and mail it to the address on the reverse, postmarked by <u>July 28, 2024</u>. Alternatively, you can submit a Claim Form online at <u>www.ssntraceclassaction.com</u> by <u>July 28, 2024</u>.

**I. CONTACT INFORMATION.** Provide your name and contact information below. If your contact information changes after submitting your claim, you must notify the Settlement Administrator at: PO Box 23680, Jacksonville, FL 32241.

First Name: _____   Last Name: _____

Address: _____

City: _____   State: ____   ZIP: ____

Email: _____

Phone: ____ - ____ - ____    ☐ **Check here if this is a <u>different address</u> than where**
you received this Notice.

**II. PAYMENT PREFERENCE.** Unless you elect to receive payment via one of the methods below, your payment will be made via check to the address provided above.

☐ Venmo    ☐ PayPal    ☐ E-Mastercard    ☐ Zelle    ☐ ACH    Account Email/Phone #/Routing & Acct#: 

**III. CERTIFICATION & SIGNATURE REQUIRED.** By signing below, you certify that the following statement is true:
I was harmed or emotionally distressed by the notation on my background report of "unable to validate" or "not verified" regarding my Social Security Number.

Signature: _____   Date: _____

***Administrator Use Only – Do Not Write Below This Line***

**735**

NID: 26545141
v1.1

[...] [...] has been published a class action [...] *Bingollu v. One Source Technologies, LLC d/b/a Asurint*, Case No. 0:22-cv-00077-DTS, in the United States District Court for the District of Minnesota. Defendant denies that it violated any law, and the Parties are settling the lawsuit to avoid the further uncertainties and expenses of litigation. The total settlement fund is $2,400,000.

**Am I a Class Member?** Asurint's records indicate that you are a member of the Settlement Class. The Settlement Class is defined as: All individuals who were the subject of consumer reports prepared by Defendant from December 27, 2019, to May 1, 2023 about whom Defendant reported: (1) through the SSN Trace Level 2 product, "unable to validate" and/or "not verified"; or (2) individuals who disputed information in the SSN Trace section of their background reports, which was then revised.

 **X  Required to file a Claim to Receive Payment.** If there is a "X" on the line preceding this sentence, you must submit a Claim Form, by July 28, 2024, to receive a payment. If there is not an "X", you do not need to submit a Claim to receive payment; you will receive payment automatically, via check or electronically, which you can do online at www.ssntraceclassaction.com.

**What Can I Get?** If the Court approves the expected requests for attorneys' fees and expenses, a service award for the Class Representative, and the costs of settlement administration, Settlement Class Members are anticipated to receive between $90 and $300. These amounts are estimates and depend on the number of valid Claims received.

**How Do I Get a Payment?** If this Notice indicates that you need to fill out a Claim Form, by July 28, 2024, you must (1) fill out and postmark the Claim Form attached to this Notice or (2) submit a Claim Form online at www.ssntraceclassaction.com. If and when the Court finally approves the Settlement, you will receive your payment by check or electronically, if you so choose.

**Who Represents Me?** The Court has appointed lawyers from Berger Montague to represent the Class. They will seek to be paid legal fees out of the settlement fund of up to one-third of the fund, and to be reimbursed for the costs of bringing the lawsuit. They will also seek a service award of $5,000 for the Class Representative. You may also hire and pay for a lawyer at your expense.

 **What If I Don't Like the Settlement?** You can exclude yourself or object. To exclude yourself from the Settlement and keep any legal rights you may have regarding the issues in this lawsuit, write the Settlement Administrator by July 13, 2024. Alternatively, you may object to the Settlement by filing a written objection with the Court and mailing a copy to the Settlement Administrator by July 13, 2024.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing on September 4, 2024 at 10:00 AM CT at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

**How Do I Get More Information?** For more information, visit www.ssntraceclassaction.com, send an email to info@ssntraceclassaction.com, or call 866-473-1088. *Do not contact the Court.*

**Your Personalized Notice ID: 26545141**
**Your Confidential PIN: 158 135 162**

✂ ....................................................

NAME_____

ADDRESS_____

CITY, STATE, ZIP_____

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL  PERMIT NO. 1002  JACKSONVILLE, FL

POSTAGE WILL BE PAID BY ADDRESSEE

BINGOLLU v ASURINT SETTLEMENT
PO BOX 23680
JACKSONVILLE FL  32241-9928

A settlement has been reached in a class action lawsuit, *Bingollu v. DFS Sources Technology, LLC d/b/a Asurint*, Case No. 0:22-cv-00077-DTS, in the United States District Court for the District of Minnesota. Defendant denies that it violated any law, and the Parties are settling the lawsuit to avoid the further uncertainties and expenses of litigation. The total settlement fund is $2,400,000.

**Am I a Class Member?** Asurint's records indicate that you are a member of the Settlement Class. The Settlement Class is defined as: All individuals who were the subject of consumer reports prepared by Defendant from December 27, 2019, to May 1, 2023 about whom Defendant reported: (1) through the SSN Trace Level 2 product, "unable to validate" and/or "not verified"; or (2) individuals who disputed information in the SSN Trace section of their background reports, which was then revised.

**_X_ Required to file a Claim to Receive Payment.** If there is a "X" on the line preceding this sentence, you must submit a Claim Form, by **July 28, 2024**, to receive a payment. If there is not an "X", you do not need to submit a Claim to receive payment; you will receive payment automatically, via check sent to the address to which this Notice was sent (unless you update your address or opt to receive your payment electronically, which you can do online at www.ssntraceclassaction.com).

**What Can I Get?** If the Court approves the expected requests for attorneys' fees and expenses, a service award for the Class Representative, and the costs of settlement administration, Settlement Class Members are anticipated to receive between $90 and $300. These amounts are estimates and depend on the number of valid Claims received.

**How Do I Get a Payment?** If this Notice indicates that you need to fill out and postmark the Claim Form attached to this Notice by **July 28, 2024**, you must (1) fill out and postmark the Claim Form attached to this Notice or (2) submit a Claim Form online at www.ssntraceclassaction.com. If and when the Court finally approves the Settlement, you will receive your payment by check or electronically, if you so choose.

**Who Represents Me?** The Court has appointed lawyers from Berger Montague to represent the Class. They will seek to be paid legal fees out of the settlement fund of up to one-third of the fund, and to be reimbursed for the costs of bringing the lawsuit. They will also seek a service award of $5,000 for the Class Representative. You may also hire and pay for a lawyer at your expense.

**What If I Don't Like the Settlement?** You can exclude yourself or object. To exclude yourself from the Settlement and keep any legal rights you may have regarding the issues in this lawsuit, write the Settlement Administrator by **July 13, 2024**. Alternatively, you may object to the Settlement by filing a written objection with the Court and mailing a copy to the Settlement Administrator by **July 13, 2024**.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing on September 4, 2024 at 10:00 AM CT at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

**How Do I Get More Information?** For more information, visit www.ssntraceclassaction.com, send an email to info@ssntraceclassaction.com, or call 866-473-1088. *Do not contact the Court.*



> **Your Personalized Notice ID:** 26545141
> **Your Confidential PIN:** 158 135 162



NAME_____

ADDRESS_____

CITY, STATE, ZIP_____

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL  PERMIT NO. 1002  JACKSONVILLE, FL

POSTAGE WILL BE PAID BY ADDRESSEE

BINGOLLU v ASURINT SETTLEMENT
PO BOX 23680
JACKSONVILLE FL  32241-9928

CERTIFIED MAIL®

FROM:

FRANCIS TEKE MWAMBO

Retail





U.S. POSTAGE PAID
FCM LG ENV
LUBBOCK, TX 79490
JUL 08, 2024

32241

$6.51

RDC 99

R2305M144318-05

9589 0710 5270 1059 3553 08

TO:

SETTLEMENT ADMINISTRATOR
P.O. BOX 23680
JACKSONVILLE, FL 32241

7-15

**Photo Document Mailer**
9 3/4" x 12 1/4"

ReadyPost.