UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Burak C. Bingollu, on behalf of himself and all others similarly situated, | No. 0:22-cv-00077-DTS |
| Plaintiff, | **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| One Source Technology, LLC, d/b/a Asurint, | |
| Defendant. | |

_____

Plaintiff Burak C. Bingollu ("Plaintiff" or the "Class Representative") respectfully moves the Court for final approval of the class action settlement with Defendant One Source Technology, LLC d/b/a Asurint ("Defendant"). Defendant does not oppose the relief sought in this Motion.

BERGER MONTAGUE PC

Date: August 21, 2024

/s/John G. Albanese
John G. Albanese, Bar No. 0395882
E. Michelle Drake, Bar No. 0387366
Ariana Kiener, Bar No. 0402365
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
jalbanese@bm.net
emdrake@bm.net
akiener@bm.net

*Attorneys for Plaintiff*

1