# UNITED STATES DISTRICT COURT
## District of Minnesota

Burak C. Bingollu,

           Plaintiff,

v.

One Source Technology, LLC,

           Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-77 (DTS)

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion for Final Approval of Class Action Settlement [Dkt. No. 78] is **GRANTED**;

2. Final certification of the settlement class is **GRANTED**;

3. Plaintiff's Motion for Award of Attorneys' Fees, Costs, and Class Representative Award [Dkt. No. 71] is **GRANTED**;

4. Class counsel are awarded $816,969.63 in fees and costs;

5. Class representative Burak C. Bingollu is awarded a service award of $5,000;

6. Final approval of the methods and forms of notice provided to class members is **GRANTED**; and

7. The Court shall retain jurisdiction over the subject matter and the parties with respect

to the interpretation and implementation of the settlement agreement for all purposes.

Date: 9/23/2024

KATE M. FOGARTY, CLERK